JOAN A. MARKOFF
Chief Counsel, Bar No. 121787
WILL M. YAMADA
Deputy Chief Counsel, Bar No. 226669
FROLAN R. AGUILING
Assistant Chief Counsel, Bar No. 235874
DAVID D. KING
Labor Relations Counsel, Bar No. 252074
DAVID M. VILLALBA
Legal Counsel, Bar No. 258974
California Department of Human Resources
State of California
1515 S Street, North Building, Suite 400
Sacramento, CA  95811-7258
Telephone:  (916) 324-0512
Facsimile:  (916) 323-4723
E-mail:  david.king@calhr.ca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL SILVEIRA and GEORGETTE PICKETT, as individuals, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIFORNIA DEPARTMENT OF PERSONNEL ADMINISTRATION; CALIFORNIA DEPARTMENT OF MENTAL HEALTH; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 1:13-CV-00084-AWI-BAM<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

///

///

///

///

///

-1-

In consideration of the parties' stipulation to extend the time for Defendants to respond to Plaintiffs' Complaint, and good cause having been shown, it is ORDERED that the deadline for Defendants to respond to Plaintiff's Complaint, originally set for February 14, 2013, shall be extended to February 28, 2013.

Approved As To Form:

Dated:   February 12, 2013        By:  /s/ Majed Dakak
                                                    MAJED DAKAK
                                                  Attorney for Plaintiffs

IT IS SO ORDERED.

Dated:   **February 12, 2013**        /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE