JOAN A. MARKOFF
Chief Counsel, Bar No. 121787
WILL M. YAMADA
Deputy Chief Counsel, Bar No. 226669
FROLAN R. AGUILING
Assistant Chief Counsel, Bar No. 235874
DAVID D. KING
Labor Relations Counsel, Bar No. 252074
DAVID M. VILLALBA
Labor Relations Counsel, Bar No. 258974
California Department of Human Resources
State of California
1515 S Street, North Building, Suite 400
Sacramento, CA  95811-7258
Telephone:  (916) 324-0512
Facsimile:  (916) 323-4723
E-mail:  david.king@calhr.ca.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CARLOS SILVEIRA, GEORGETTE PICKETT, and CHARLES HUGHES, as individuals, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>JEFFREY A. BEARD, in his capacity as the Secretary of the California Department of Corrections and Rehabilitation; and DOES 2 through 10, inclusive,<br><br>    Defendants. | Case No. 1:13-CV-00084-AWI-BAM<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |

Whereas, on January 16, 2013, plaintiffs filed their original complaint in this action;

Whereas, on February 20, 2013, plaintiffs filed their first amended complaint in this action;

Whereas, on March 11, 2013, defendant filed a Motion to Dismiss and/or Strike Plaintiffs' First Amended Complaint, such motion scheduled to be heard on April 15, 2013 at 1:30 p.m. before the Hon. Anthony W. Ishii;

1  Whereas, by order dated January 17, 2013, this Court set a mandatory scheduling conference
2  for May 1, 2013, and required the parties to meet and confer over the Joint Scheduling Report by
3  April 11, 2013, and submit a Joint Scheduling Report to the Court by April 25, 2013;
4  Whereas, rule 26 of the Federal Rules of Civil Procedure require the parties to confer over a
5  proposed discovery plan by April 10, 2013, submit a discovery plan 14 days afterwards, and make
6  initial disclosures by April 24, 2013;
7  Whereas, defendant believes that the Court's ruling on defendant's motion could affect the
8  number and scope of relevant issues in dispute, the scope of discovery, and affect the scheduling of
9  dispositive motions, prospects for settlement and trial procedures of this action;
10 Whereas, it is plaintiffs' position that they have adequately pled their claims such that they
11 believe that defendant's Motion to Dismiss will be denied;
12 Whereas, the parties, having met and conferred, nevertheless agree that continuing the
13 mandatory scheduling conference, and related deadlines, until after this Court has issued an order
14 on defendant's Motion to Dismiss and/or Strike Plaintiffs' First Amended Complaint; will conserve
15 the resources of the court and the parties;
16 Accordingly, the parties to this action, through their respective attorneys of record, hereby
17 STIPULATE and JOINTLY REQUEST this Court continue the Mandatory Scheduling Conference,
18 and related deadlines to meet and confer and submit a Joint Scheduling Report and discovery plan,
19 and deadline to provide initial disclosures, until a date after this Court has issued an order on
20 defendant's Motion to Dismiss and/or Strike Plaintiffs' First Amended Complaint.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

///

Dated:   April 2, 2013          Respectfully submitted,

                                          JOAN A. MARKOFF
                                          Chief Counsel

                                          WILL M. YAMADA
                                          Deputy Chief Counsel

                                          By:  /s/ David D. King
                                                DAVID D. KING,
                                                Labor Relations Counsel
                                                Attorney for Defendant

Dated:   April 2, 2013          Respectfully submitted,

                                          By:  /s/ Majed Dakak
                                                MAJED DAKAK
                                                Attorney for Plaintiffs

**ORDER**

Having considered the parties' Stipulation and Joint Request to Continue the Mandatory Scheduling Conference and related deadlines (including those related to initial disclosures and the filing of a joint scheduling report), and good cause having been shown, it is ORDERED that the Mandatory Scheduling Conference currently set for May 1, 2013 is CONTINUED to June 13, 2013, at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe. All related deadlines, including the requirement to file a joint scheduling report and exchange initial disclosures, are similarly continued.

IT IS SO ORDERED.

   Dated:   **April 3, 2013**          /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE