IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOSE SILVEIRA, GEOREGETTE PICKETT, and CHARLES HUGHES, as individuals and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>JEFFREY A. BEARD, in his official capacity as the Secretary of the California Department of Corrections and Rehabilitation, and DOES 2 through 10, inclusive<br><br>          Defendants. | 1:13-CV-0084  AWI BAM<br><br>ORDER VACATING APRIL 15, 2013 HEARING AND TAKING MATTER UNDER SUBMISSION |

    Currently pending before this Court is Defendant's Rule 12(b)(6) motion to dismiss and/or Rule 12(f) motion to strike. Hearing on this matter is set for April 15, 2013, at 1:30 p.m. The Court has reviewed the submissions of the parties and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 15, 2013, is VACATED, and the parties shall not appear at that time. As of April 15, 2013, the Court will take Defendant's motion under submission and will thereafter issue its decision.

    IT IS SO ORDERED.

Dated:   April 10, 2013                                                         _____
                                                                                  SENIOR  DISTRICT  JUDGE