**BLECHER COLLINS PEPPERMAN & JOYE, P.C.**
Maxwell M. Blecher (State Bar No. 26202)
mblecher@blechercollins.com
Donald R. Pepperman (State Bar No. 109809)
dpepperman@blechercollins.com
Majed Dakak (State Bar No. 271875)
mdakak@blechercollins.com
515 South Figueroa Street, Suite 1750
Los Angeles, CA  90071
Phone:  (213) 622-4222
Fax:     (213) 622-1656

Attorneys for PLAINTIFFS and CONSENTERS

(Appearances for Additional Counsel on Next Page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CARLOS SILVEIRA, GEORGETTE PICKETT, and CHARLES HUGHES, as individuals, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>JEFFREY A. BEARD, in his capacity as the Secretary of the California Department of Corrections and Rehabilitation; and DOES 2 through 10, inclusive,<br><br>  Defendants. | Case No. 1:13-CV-00084-AWI-BAM<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>Judge:         Barbara A. McAuliffe<br>Courtroom:   8 |

1
STIPULATION AND JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE; ORDER

1  **DIVERSITY LAW GROUP, P.C.**
   Larry W. Lee (State Bar No. 228175)
2  lwlee@diversitylaw.com
3  550 South Hope Street, Suite 2655
   Los Angeles, CA  90071
4  Phone:  (213) 488-6555
   Fax:     (213) 488-6554
5
   **HYUN LEGAL, APC**
6  Dennis S. Hyun (State Bar No. 224240)
   dhyun@hyunlegal.com
7  550 South Hope Street, Suite 2655
   Los Angeles, CA  90071
8  Phone:  (213) 488-6555
   Fax:     (213) 488-6554

2
STIPULATION AND JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE

1   Whereas, on January 16, 2013, plaintiffs filed their original complaint in this action;

2   Whereas, on February 20, 2013, plaintiffs filed their first amended complaint in this action;

3   Whereas, on March 11, 2013, defendant filed a Motion to Dismiss and/or Strike Plaintiffs' First
4   Amended Complaint ("Motion to Dismiss") in this action;

5   Whereas, by order dated April 3, 2013, this Court continued the mandatory scheduling
6   conference previously set for May 1, 2013 to June 13, 2013, so that the mandatory scheduling
7   conference could be held after this Court has issued an order on defendant's Motion to Dismiss;

8   Whereas, by order dated April 12, 2013, the Honorable Judge Ishii granted plaintiffs' ex parte
9   request to file a sur-reply in relation to defendant's Motion to Dismiss, and allowed defendants until
10  April 19, 2013 to respond to plaintiffs' sur-reply.

11  Whereas, in the same order dated April 12, 2013, the Honorable Judge Ishii in granting
12  plaintiffs' ex parte request to file a sur-reply stated that because of the weight of the Court's docket, no
13  decision on the Motion to Dismiss should be expected for several weeks.

14  Whereas, Rule 26 of the Federal Rules of Civil Procedure now requires the parties to confer over
15  a proposed discovery plan by May 24, 2013, submit a discovery plan 14 days afterwards, and make
16  initial disclosures by June 7, 2013;

17  Whereas, defendant believes that the Court's ruling on defendant's motion could affect the
18  number and scope of relevant issues in dispute, the scope of discovery, and affect the scheduling of
19  dispositive motions, prospects for settlement and trial procedures of this action;

20  Whereas, it is plaintiffs' position that they have adequately pled their claims such that they
21  believe that defendant's Motion to Dismiss will be denied;

22  Whereas, the parties, having met and conferred, nevertheless agree that continuing the
23  mandatory scheduling conference, and related deadlines, until after this Court has issued an order on
24  defendant's Motion to Dismiss will conserve the resources of the court and the parties;

25  Accordingly, the parties to this action, through their respective attorneys of record, hereby
26  STIPULATE and JOINTLY REQUEST that the Court continue the Mandatory Scheduling Conference,

27

28

and related deadlines to meet and confer and submit a Joint Scheduling Report and discovery plan, and deadline to provide initial disclosures, until a date after this Court has issued an order on defendant's Motion to Dismiss.

Dated:     May 14, 2013              Respectfully submitted,

                                     JOAN A. MARKOFF
                                     Chief Counsel

                                     WILL M. YAMADA
                                     Deputy Chief Counsel


                                     By:  /s/ David D. King
                                          DAVID D. KING,
                                          Labor Relations Counsel
                                          Attorney for Defendant

Dated:     May 14, 2013              Respectfully submitted,

                                     By:  /s/ Majed Dakak
                                          MAJED DAKAK
                                          Attorney for Plaintiffs

---

4

STIPULATION AND JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE

**ORDER**

In consideration of the parties' Stipulation and Joint Request to Continue the Mandatory Scheduling Conference, and related deadlines, and good cause having been shown, it is ORDERED that the Mandatory Scheduling Conference, currently set for June 13, 2013, is CONTINUED to September 16, 2013, at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.

The related deadlines to meet and confer and submit a Joint Scheduling Report, to provide initial disclosures, and to meet and confer and provide a written discovery plan under Rule 12 of the Federal Rules of Civil Procedure, are similarly continued.

IT IS SO ORDERED.

Dated:   **May 15, 2013**               /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE