UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GEORGETTE PICKETT and CHARLES HUGHES, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY A. BEARD, in his capacity as the Secretary of the California Department of Corrections and Rehabilitation; and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No. 1:13-CV-00084-AWI-BAM<br><br>**ORDER APPROVING STIPULATION TO PERMIT PLAINTIFFS TO ADD COLLECTIVE ACTION REPRESENTATIVE** |

**<u>ORDER</u>**

In consideration of Plaintiffs Georgette Pickett and Charles Hughes (collectively, "Plaintiffs") and Defendant Jeffrey A. Beard's ("Defendant") Stipulation (Doc. 32), and good cause having been shown, it is ORDERED that Plaintiffs may add Frank Silveira as a collective action representative to the Second Amended Complaint.

IT IS SO ORDERED.

Dated:   **June 27, 2013**                          /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE

1
ORDER APPROVING STIPULATION