JOAN A. MARKOFF
Chief Counsel, Bar No. 121787
DAVID J. NEILL
Deputy Chief Counsel, Bar No. 186997
FROLAN R. AGUILING
Assistant Chief Counsel, Bar No. 235874
DAVID D. KING
Labor Relations Counsel, Bar No. 252074
DAVID M. VILLALBA
Labor Relations Counsel, Bar No. 258974
Department of Human Resources
State of California
1515 S Street, North Building, Suite 400
Sacramento, CA  95814-7243
Telephone:  (916) 324-0512
Facsimile:  (916) 323-4723
E-mail:  david.king@calhr.ca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE PICKETT, CHARLES HUGHES, and FRANK SILVEIRA, as individuals and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JEFFREY A. BEARD, in his capacity as the Secretary of the California Department of Corrections and Rehabilitation; and DOES 2 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 1:13-CV-00084-AWI-BAM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT; ORDER** |

　　　　Whereas, on January 16, 2013, plaintiffs filed their original Complaint in this action;

　　　　Whereas, on February 20, 2013, plaintiffs filed their First Amended Complaint in this action;

　　　　Whereas, on March 11, 2013, defendant filed a Motion to Dismiss and/or Strike Plaintiffs' First Amended Complaint ("Motion to Dismiss") in this action;

-1-
**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

Whereas, on June 6, 2013, this Court granted defendant's Motion to Dismiss and/or Strike without leave to amend as to plaintiffs' FLSA claims for injunctive relief, and with leave to amend as to plaintiffs' claims for declaratory relief and as to plaintiff Carlos Silveira;

Whereas, on June 26, 2013, plaintiffs filed a Second Amended Complaint in this action;

Whereas, defendant erroneously scheduled the last day to answer or otherwise respond to plaintiffs' Second Amended Complaint, and as a result, failed to answer or otherwise respond to the Second Amended Complaint within 14 days of service of the Second Amended Complaint as required by Federal Rule of Civil Procedure 15, subsection (a)(3);

Whereas, defendant requested and plaintiffs agreed that defendant may file and serve an answer or otherwise respond to the Second Amended Complaint on or before July 19, 2013;

Whereas, plaintiffs requested, and defendant agreed, that plaintiffs may have 14 calendar days, in addition to the amount of time provided by Federal Rule of Civil Procedure 12, to answer or otherwise respond to a Cross-Complaint defendant anticipates filing in this action in response to the Second Amended Complaint;

Accordingly, the parties to this action, through their respective attorneys of record, having telephonically conferred, DO HEREBY STIPULATE that the deadline to answer or otherwise respond to plaintiffs' Second Amended Complaint, originally set for July 10, 2013, shall be extended to July 19, 2013, and plaintiffs shall have 14 calendar days, in addition to the amount of time provided by Federal Rule of Civil Procedure 12, to answer or otherwise respond to a Cross-Complaint defendant anticipates filing in response to the Second Amended Complaint.

///
///
///
///
///
///
///

Dated:   July 12, 2013                Respectfully submitted,

                                      JOAN A. MARKOFF
                                      Chief Counsel

                                      DAVID J. NEILL
                                      Deputy Chief Counsel


                              By:  /s/  David D. King
                                      DAVID D. KING,
                                      Labor Relations Counsel
                                      Attorney for Defendants


Dated:   July 12, 2013        By:  /s/  Dennis Hyun
                                      DENNIS HYUN
                                      Attorney for Plaintiffs


## ORDER

In consideration of the parties' stipulation to extend the time for defendant to respond to plaintiffs' second amended complaint, it is ORDERED that the deadline for defendant to respond to plaintiffs' second amended complaint, originally set for July 10, 2013, shall be extended to July 19, 2013.  It is further ORDERED plaintiffs shall have 14 calendar days, in addition to the amount of time provided by Federal Rule of Civil Procedure 12, to answer or otherwise respond to a Cross-Complaint defendant anticipates filing in this action in response to the Second Amended Complaint.

IT IS SO ORDERED.

   Dated:   **July 12, 2013**                /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

-3-
**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**