**BLECHER COLLINS PEPPERMAN & JOYE, P.C.**
Maxwell M. Blecher (State Bar No. 26202)
mblecher@blechercollins.com
Donald R. Pepperman (State Bar No. 109809)
dpepperman@blechercollins.com
Majed Dakak (State Bar No. 271875)
mdakak@blechercollins.com
515 South Figueroa Street, Suite 1750
Los Angeles, CA  90071
Phone:  (213) 622-4222
Fax:      (213) 622-1656

Attorneys for PLAINTIFFS and CONSENTERS

(Appearances for Additional Counsel on Next Page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CARLOS SILVEIRA, GEORGETTE PICKETT, and CHARLES HUGHES, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY A. BEARD, in his capacity as the Secretary of the California Department of Corrections and Rehabilitation; and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No. 1:13-CV-00084-AWI-BAM<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

1  **DIVERSITY LAW GROUP, P.C.**
   Larry W. Lee (State Bar No. 228175)
2  lwlee@diversitylaw.com
   550 South Hope Street, Suite 2655
3  Los Angeles, CA  90071
   Phone:  (213) 488-6555
4  Fax:     (213) 488-6554

5  **HYUN LEGAL, APC**
   Dennis S. Hyun (State Bar No. 224240)
6  dhyun@hyunlegal.com
   550 South Hope Street, Suite 2655
7  Los Angeles, CA  90071
   Phone:  (213) 488-6555
8  Fax:     (213) 488-6554

2
STIPULATION AND JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE

Whereas, the Court has set the Mandatory Scheduling Conference for September 16, 2013;

Whereas, counsel for Plaintiffs and Defendant (collectively, the "Parties") have been engaged in informal meet and confer discussions regarding potentially resolving this case, including without limitation, informally exchanging discovery;

Whereas, at this stage of the litigation, the Parties are optimistic that continuing with informal exchange of discovery will more efficiently resolve open issues related to this matter;

Whereas, Rule 26 of the Federal Rules of Civil Procedure require the Parties to confer over a proposed discovery plan by August 27, 2013, submit a discovery plan 14 days afterwards, and make initial disclosures by September 9, 2013;

Whereas, the Parties agree that continuing the Mandatory Scheduling Conference and related deadlines will facilitate a potential resolution of this action and conserve the resources of the Court and the Parties;

Accordingly, the Parties to this action, through their respective attorneys of record, hereby STIPULATE and JOINTLY REQUEST this Court continue the Mandatory Scheduling Conference, and related deadlines to meet and confer and submit a Joint Scheduling Report and discovery plan, and deadline to provide initial disclosures, for sixty (63) days, or November 18, 2013, or to a date and time thereafter that is convenient for the Court.

Dated:      August 13, 2013          Respectfully submitted,

                                     JOAN A. MARKOFF
                                     Chief Counsel

                                     DAVID J. NEILL
                                     Deputy Chief Counsel


                                     By: _/s/ David D. King_____
                                         DAVID D. KING,
                                         Labor Relations Counsel
                                         Attorney for Defendant

1  Dated:      August 13, 2013           Respectfully submitted,

2                                        By:  /s/ Majed Dakak
                                              MAJED DAKAK
3                                             Attorney for Plaintiffs

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

4

STIPULATION AND JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE

**ORDER**

In consideration of the Parties' Stipulation and Joint Request to Continue the Mandatory Scheduling Conference, and related deadlines, and good cause having been shown, it is ORDERED that the Mandatory Scheduling Conference, currently set for September 16, 2013, shall be continued to November 18, 2013, at 9:00 AM in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe.  Related deadlines to meet and confer and submit a Joint Scheduling Report, to provide initial disclosures, and to meet and confer and provide a written discovery plan under Rule 26 of the Federal Rules of Civil Procedure, are similarly continued.

IT IS SO ORDERED.

Dated:   **August 13, 2013**              /s/ *Barbara A. McAuliffe*
                                                                            UNITED STATES MAGISTRATE JUDGE