JOAN A. MARKOFF
Chief Counsel, Bar No. 121787
DAVID J. NEILL
Deputy Chief Counsel, Bar No. 186997
LINDA A. MAYHEW
Assistant Chief Counsel, Bar No. 155049
DAVID D. KING
Labor Relations Counsel, Bar No. 252074
DAVID M. VILLALBA
Labor Relations Counsel, Bar No. 258974
Department of Human Resources
State of California
1515 S Street, North Building, Suite 400
Sacramento, CA  95814-7243
Telephone:  (916) 324-0512
Facsimile:  (916) 323-4723
E-mail:  david.king@calhr.ca.gov

Attorneys for Defendant/Counterclaimant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| GEORGETTE PICKETT, CHARLES HUGHES, and FRANK SILVEIRA, as individuals and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>JEFFREY A. BEARD, in his capacity as the Secretary of the California Department of Corrections and Rehabilitation; and DOES 2 through 10, inclusive,<br><br>    Defendants. | Case No. 1:13-CV-00084-AWI-BAM<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

Whereas, in a Stipulation and Joint Request to Continue Scheduling Conference filed on August 13, 2013, the parties jointly requested continuance of the Mandatory Scheduling Conference in light of the parties' informal meet and confer discussions regarding potentially resolving the instant action;

Whereas, on August 13, 2013, the Court granted the parties' Joint Request, and continued

-1-
**STIPULATION AND JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE; ORDER**

1  the Mandatory Scheduling Conference to November 18, 2013;

2   Whereas, since the Court's Order continuing the Mandatory Scheduling Conference, the
3  parties have discussed informal discovery in greater detail, addressing such matters as updated
4  contract language potentially affecting plaintiffs, and pay differential policy documents;

5   Whereas, as part of informal discovery discussions, defendant has offered to provide pay
6  differential policy documents specific to plaintiffs' allegations;

7   Whereas, as part of informal discovery discussions, plaintiffs have offered to identify
8  specific pay periods during which plaintiffs allege Fair Labor Standards Act (FLSA) violations
9  occurred;

10   Whereas, as part of informal discovery discussions, defendant is investigating and inquiring
11  whether internal payroll documents specific to the pay periods during which violations were alleged
12  to have occurred can be produced to plaintiffs on an informal basis;

13   Whereas, whether defendant is able to produce the afore-mentioned internal payroll
14  documents on an informal basis has not yet been ascertained because, as defendant has expressed to
15  plaintiff, permissions from multiple levels of management must first be obtained;

16   Whereas, the parties are optimistic that the informal discussions and exchange of
17  information and documents will assist in the efficient resolution of the matters in dispute in this
18  action;

19   Whereas, Rule 26 of the Federal Rules of Civil Procedure require the parties to confer over a
20  proposed discovery plan by October 28th, 2013, submit a discovery plan 14 days afterwards, and
21  make initial disclosures by November 11, 2013;

22   Whereas, the parties agree that continuing the Mandatory Scheduling Conference and
23  related deadlines will facilitate a potential resolution of this action and conserve the resources of the
24  Court.

25   Whereas, David King, counsel for defendant, informs the Court of his unavailability from
26  December 19, 2013 until December 26, 2013, and respectfully requests the Court to not set the
27  Mandatory Scheduling Conference during this time.

28  ///

-2-
**STIPULATION AND JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE; ORDER**

1  Accordingly, the parties to this action, through their respective attorneys of record, hereby
2  STIPULATE and JOINTLY REQUEST this Court continue the Mandatory Scheduling Conference
3  for twenty-eight (28) days, or December 16, 2013, or to a date and time thereafter that is convenient
4  for the Court.  The parties further STIPULATE and JOINTLY REQUEST this Court continue
5  related deadlines to meet and confer and submit a Joint Scheduling Report and discovery plan, and
6  deadline to provide initial disclosures, as set by the Federal Rules of Civil Procedure.

Dated:      October 23, 2013          Respectfully submitted,

JOAN A. MARKOFF
Chief Counsel

DAVID J. NEILL
Deputy Chief Counsel

By: /s/ David D. King
    DAVID D. KING,
    Labor Relations Counsel
    Attorney for Defendant

Dated:      October 23, 2013          Respectfully submitted,

By: /s/ Majed Dakak
    MAJED DAKAK
    Attorney for Plaintiffs

**ORDER**

In consideration of the Parties' Stipulation and Joint Request to Continue the Mandatory Scheduling Conference, and related deadlines, and good cause having been shown, it is ORDERED that the Mandatory Scheduling Conference, currently set for November 18, 2013, shall be continued to 8:15 a.m. on December 16, 2013. Related deadlines to meet and confer and submit a Joint Scheduling Report, to provide initial disclosures, and to meet and confer and provide a written discovery plan under Rule 26 of the Federal Rules of Civil Procedure, are similarly continued.

IT IS SO ORDERED.

Dated:   **October 25, 2013**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE