UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE PICKETT, CHARLES HUGHES, and FRANK SILVEIRA, as Individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY A. BEARD, in his capacity as the Secretary of the California Department of Corrections and Rehabilitation, and DOES 2 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:13-CV-0084  AWI BAM<br><br>CLOSING CASE IN LIGHT OF RULE 41(a)(2) DISMISSAL WITHOUT PREJUDICE<br><br>(Doc. No. 52) |

On February 27, 2014, the parties filed a stipulation to dismiss this matter without prejudice pursuant to Rule 41(a)(2).  See Doc. No. 52.  In consideration of the Parties' Stipulation and Request, and good cause having been shown, it is ORDERED, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the above-captioned lawsuit, Case No. 1:13-CV-00084-AWI-BAM, is hereby DISMISSED without prejudice and without an award of costs or attorney's fees.  The Clerk shall close this case.

IT IS SO ORDERED.

Dated:  March 3, 2014                                    _____
                                                                               SENIOR  DISTRICT  JUDGE