1

**BLECHER COLLINS PEPPERMAN & JOYE, P.C.**
Maxwell M. Blecher (State Bar No. 26202)

2

mblecher@blechercollins.com
Donald R. Pepperman (State Bar No. 109809)

3

dpepperman@blechercollins.com
Majed Dakak (State Bar No. 271875)

4

mdakak@blechercollins.com
515 South Figueroa Street, Suite 1750

5

Los Angeles, CA  90071
Phone:  (213) 622-4222

6

Fax:     (213) 622-1656

7

8

Attorneys for Plaintiffs

9

(Appearances for Additional Counsel on Next Page)

10

UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

12

13

CARLOS SILVEIRA, GEORGETTE

14

PICKETT, and CHARLES HUGHES, as
individuals, and on behalf of all other similarly

15

situated,

16

Plaintiff,

17

vs.

18

JEFFREY A. BEARD, in his capacity as the
Secretary of the California Department of

19

Corrections and Rehabilitation; and DOES 2
through 10, inclusive,

20

21

Defendant.

Case No. 1:13-CV-00084-AWI-BAM

**STIPULATION TO DISMISS
PLAINTIFFS' SECOND AMENDED
COMPLAINT;
ORDER GRANTING DISMISSAL
[FRCP 41(a)(2)]**

The Hon. Anthony W. Ishii
Courtroom:  2

22

23

24

25

26

27

28

Blecher Collins
Pepperman & Joye

1  **DIVERSITY LAW GROUP, P.C.**

2  Larry W. Lee (State Bar No. 228175)
   lwlee@diversitylaw.com

3  550 South Hope Street, Suite 2655
   Los Angeles, CA  90071

4  Phone:  (213) 488-6555
   Fax:      (213) 488-6554

5  **HYUN LEGAL, APC**

6  Dennis S. Hyun (State Bar No. 224240)
   dhyun@hyunlegal.com

7  550 South Hope Street, Suite 2655
   Los Angeles, CA  90071

8  Phone:  (213) 488-6555
   Fax:      (213) 488-6554

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Blecher Collins
Pepperman & Joye

1    Whereas, on January 16, 2013, Plaintiffs filed their original complaint in this
2  action, Case No. 1:13-CV-00084-AWI-BAM;

3    Whereas, on June 26, 2013, Plaintiffs filed their operative second amended
4  complaint in this action;

5    Whereas, for the past several months, the parties have engaged in informal
6  discovery with the hope that informal discovery might facilitate prompt resolution
7  of the action prior to the commencement of formal discovery;

8    Whereas, Defendant has produced in informal discovery documents and
9  supporting information related to the administration of Plaintiffs' wages, including
10  payroll, contract and policy documents;

11    Whereas, Defendant and Plaintiffs have conferred on multiple occasions
12  regarding the merits of Plaintiffs' allegations that Defendant's policies violate the
13  Fair Labor Standards Act;

14    Whereas, Plaintiffs have now completed their review of the information and
15  documents produced in informal discovery; and, based on the information provided,
16  Plaintiffs believe that a vast amount of expenses will incur by continuing this
17  litigation and the parties have agreed to dismiss the matter without prejudice and
18  without an award of costs or fees to any party;

19    Accordingly, the parties to this action, through their respective attorneys of
20  record, hereby STIPULATE and REQUEST that this Court, pursuant to Federal
21  Rule of Civil Procedure 41(a)(2), hereby dismiss, without prejudice and without an
22  award of costs or attorney's fees to any party, the above-captioned lawsuit filed
23  against Defendant Jeffrey A. Beard in his capacity as the Secretary of the California
24  Department of Corrections and Rehabilitation.

25

26

27

28

Blecher Collins
Pepperman & Joye

February 27, 2014                    BLECHER & COLLINS, P.C.

                                     By:_____/s/ Maxwell M. Blecher_____
                                            Maxwell M. Blecher
                                     Attorneys for PLAINTIFFS and
                                     CONSENTERS

February 27, 2014                    DIVERSITY LAW GROUP, P.C.

                                     By:_____/s/ Larry W. Lee_____
                                               Larry W. Lee
                                     Attorneys for PLAINTIFFS and
                                     CONSENTERS

February 27, 2014                    HYUN LEGAL, APC

                                     By:_____/s/ Dennis S. Hyun_____
                                            Dennis S. Hyun
                                     Attorneys for PLAINTIFFS and
                                     CONSENTERS

February 27, 2014                    JOAN A. MARKOFF
                                     Chief Counsel

                                     DAVID J. NEILL
                                     Deputy Chief Counsel

                                     By:_____/s/ David D. King_____
                                               David D. King
                                     Attorneys for DEFENDANT

STIPULATION AND [PROPOSED] ORDER GRANTING DISMISSAL

1
2
3
4
5
6
7

**ORDER**

In consideration of the Parties' Stipulation and Request, and good cause having been shown, it is ORDERED, pursuant to Federal Rule of Civil Procedure 41(a)(2), that the above-captioned lawsuit, Case No. 1:13-CV-00084-AWI-BAM, is hereby DISMISSED without prejudice and without an award of costs or attorney's fees.

IT IS SO ORDERED.

Dated:   February 28, 2014        _____

SENIOR  DISTRICT  JUDGE

STIPULATION AND [PROPOSED] ORDER GRANTING DISMISSAL

Blecher Collins
Pepperman & Joye